No. 433. FULLERTON ET AL. *v.* PITTSBURGH. November 13, 1939. Petition for writ of certiorari to the Supreme

Court of Pennsylvania denied. *William G. Fullerton, pro se.* No appearance for respondent.